1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER R. BINNING, | CASE NO. 2:11-CV-03058-MCE-CKD |
|---|---|
| Plaintiff, | **ORDER RE STIPULATED MOTION TO CONTINUE THE DISCOVERY CUTOFF DATE, DISPOSITIVE MOTION DEADLINE, AND EXPERT DISCLOSURE DEADLINE** |
| vs. | |
| LOUISVILLE LADDER, INC.; AND DOES 1-50, inclusive, | |
| Defendants. | |

The Court has considered the Stipulated Motion to Continue the Discovery Cutoff Date, Dispositive Motion Deadline, and Expert Disclosure Deadline, submitted jointly by Plaintiff Christopher Binning ("Plaintiff") and Defendant Louisville Ladder, Inc. ("Louisville Ladder, Inc.").

There being good cause to continue these dates, the Court orders as follows:

The deadlines reflected in the Court's March 27, 2012 Scheduling Order [Doc. 15] are amended as follows:

| Item | Original Date | New Date |
|---|---|---|
| Last Day for Dispositive Motions to be heard | August 8, 2013 | **December 9, 2013** |
| Disclosure of Experts | April 2, 2013 | **August 2, 2013** |
| Discovery Cutoff | February 1, 2013 | **June 3, 2013** |

The remaining deadlines and scheduled dates remain as reflected below, and in the Court's November 8, 2012 Order Continuing Trial [Doc. 18].

| Item | Original Date | Current Date |
|---|---|---|
| Trial | December 2, 2013 | April 7, 2014 |
| Trial Briefs | September 19, 2013 | January 23, 2014 |
| Pre-Trial Conference | October 3, 2013 | February 6, 2014 |
| Joint Pre-Trial Statement filed by | September 12, 2013 | January 16, 2014 |
| Evidentiary/Procedural Motions filed by | September 12, 2013 | January 16, 2014 |
| Opposition to Evid/Proc Motions filed by | September 19, 2013 | January 23, 2014 |
| Replies re Evid/Proc Motions filed by | September 26, 2013 | January 30, 2014 |

Since the modification of the discovery dates in this case necessarily requires modification of the Final Pretrial Conference and Jury Trial, the Court will issue an Amended Pretrial Scheduling Order within ten (10) days of the date this Order is electronically filed.

IT IS SO ORDERED.

Date:   February 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE