UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER R. BINNING, | No. 2:11-CV-03058-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LOUISVILLE LADDER, INC., | |
| Defendant. | |

On March 21, 2014, this Court ordered Plaintiff to show cause why this action should not be dismissed pursuant to Federal Rule of Procedure 41(b). The Court is in receipt of Plaintiff's subsequent Response to Order to Show Cause (ECF No. 36) and Request for Leave of Court to File Late Opposition (ECF No. 37), explaining that he inadvertently missed the filing deadline for responding to Defendant's Motion for Summary Judgment (ECF No. 23). Plaintiff asks the Court to permit the late filing of his Opposition due to counsel's "mistake and excusable neglect."

Good cause having been shown, Plaintiff's request for leave to file a late opposition is GRANTED (ECF No. 37). Hearing on Defendant's Motion for Summary Judgment (ECF No. 23) is hereby reset for 2:00 p.m. on Thursday, May 1, 2014, in Courtroom 7. Plaintiff's opposition and Defendant's reply shall be filed in accordance with the local rules. Any further failure to file an opposition or statement of

non-opposition to Defendant's Motion will result in dismissal of this action with prejudice pursuant to Rule 41 upon no further notice to the parties.

IT IS SO ORDERED.

Dated: April 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT